George Clark, Respondent, v. Frank Phillips, Appellant. Jane Mahanna, Respondent, v. Frank Phillips, Appellant.— Order affirmed, with ten dollars

costs and disbursements. All concurred, except Kruse, J., who dissented upon the ground that the order for examination appears upon its face to have been made under article 1 of title 3 of chapter 9 of the Code of Civil Procedure. Such an order can only be made by a judge and not by the court. If the order was incorrectly entered it should have been resettled before the judge who presided at the court that made it.